Exhibit 2

| US9095563B2 | Pain Relief cream ("Accused Product") |
|---|---|
| 11. A topical formulation, consisting essentially of: | The accused product is a topical formulation (e.g., Pain Relief cream)<br><br>As shown below, the accused product is a Pain Relief cream intended for topical application.<br><br>**PAIN RELIEF CREAM**<br><br>An all natural, fast-acting, and effective blend of CBD, camphor, aloe, and more to relieve pain, swelling, soreness, and stiffness associated with arthritis and muscle injury. Absorbed through the skin, CBD reduces inflammation pain while supporting the endocannabinoid system, which regulates pain, sleep, mood, and more. 400 mg CBD extract for max results.<br><br>https://web.archive.org/web/20211202014330/https://globalproductgroup.com/white-label-products/ |





https://dailymed.nlm.nih.gov/dailymed/getFile.cfm?setid=a14267e0-d42e-4ce9-b4b0-e71d4223f3e0&type=pdf

| | |
|---|---|
| an extract of *Cannabis sativa* or *Cannabis indica*; | The accused product consists of an extract of a Cannabis sativa or Cannabis indica (e.g., Cannabis Sativa Hemp plant).<br><br>As shown below, the accused product is a Pain Relief cream formulation which contain 200 mg of CBD derived from the Cannabis Sativa.<br><br><br><br><br>https://dailymed.nlm.nih.gov/dailymed/getFile.cfm?setid=a14267e0-d42e-4ce9-b4b0-e71d4223f3e0&type=pdf |

## PAIN RELIEF CREAM

An all natural, fast-acting, and effective blend of CBD, camphor, aloe, and more to relieve pain, swelling, soreness, and stiffness associated with arthritis and muscle injury. Absorbed through the skin, CBD reduces inflammation pain while supporting the endocannabinoid system, which regulates pain, sleep, mood, and more. <u>400 mg CBD extract for max results.</u>

https://web.archive.org/web/20211202014330/https://globalproductgroup.com/white-label-products/

| | |
|---|---|
| | **Active Ingredients:** Camphor (5.0%)<br><br>**Inactive Ingredients:** Acrylate/C10-30 Alkyl Acrylate Crosspolymer, Aescin (Horse Chestnut Extract), Aloe Vera, Arnica Montana Extract, C12-15 Alkyl Benzoate, <u>Cannabis Sativa Extract (Hemp Derived)</u>, Chondroitin Sulfate, Diazodinyl Urea, Dimethicone, Disodium EDTA, dl Panthenol, Fructoborate, Glucosamine Sulfate, Glycerin, Glycerol Stearate, Hydroxypropyl Methylcellulose, Iodopropynyl Butylcarbamate, Methyl Gluceth-20, Methyl Glucose Sesquistearate, Peppermint Oil, Polysorbate 20, Potassium Carbomer, Purified Water, Shea Butter, Tocopheryl Acetate, Trolamine Salicylate<br><br>https://web.archive.org/web/20211202014330/https://globalproductgroup.com/white-label-products/ |
| at least one component selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, benzoin resin, methylsalicilate, triethanolamine | The accused product contains at least one compound selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid, present in an amount of at least 0.1 wt % in the topical formulation.<br><br>As shown below, the accused product contains 5% camphor as an active ingredient which is more than 0.1 wt % in the topical formulation. |

| | |
|---|---|
| salicylate, hydrocortisone, and salicylic acid, present in an amount of at least 0.1 wt % in the topical formulation | <br><br>https://dailymed.nlm.nih.gov/dailymed/getFile.cfm?setid=a14267e0-d42e-4ce9-b4b0-e71d4223f3e0&type=pdf<br><br>**Active Ingredients:** Camphor (5.0%)<br><br>**Inactive Ingredients:** Acrylate/C10-30 Alkyl Acrylate Crosspolymer, Aescin (Horse Chestnut Extract), Aloe Vera, Arnica Montana Extract, C12-15 Alkyl Benzoate, Cannabis Sativa Extract (Hemp Derived), Chondroitin Sulfate, Diazodinyl Urea, Dimethicone, Disodium EDTA, dl Panthenol, Fructoborate, Glucosamine Sulfate, Glycerin, Glycerol Stearate, Hydroxypropyl Methylcellulose, Iodopropynyl Butylcarbamate, Methyl Gluceth-20, Methyl Glucose Sesquistearate, Peppermint Oil, Polysorbate 20, Potassium Carbomer, Purified Water, Shea Butter, Tocopheryl Acetate, Trolamine Salicylate<br><br>https://web.archive.org/web/20211202014330/https://globalproductgroup.com/white-label-products/ |
| wherein the | The accused product has the concentration of cannabidiol in the topical formulation is greater |

| | |
|---|---|
| concentration of cannabidiol in the topical formulation is greater than 2 milligrams per kilogram in the topical formulation, | than 2 milligrams per kilogram in the topical formulation.<br><br>As shown below, the accused product contains 200 mg of cannabidiol (CBD) which is greater than 2 milligrams per kilogram. (Total weight of product is 114g)<br><br><br><br><br><br>https://dailymed.nlm.nih.gov/dailymed/getFile.cfm?setid=a14267e0-d42e-4ce9-b4b0-e71d4223f3e0&type=pdf |

| | |
|---|---|
| | **PAIN RELIEF CREAM**<br><br>An all natural, fast-acting, and effective blend of CBD, camphor, aloe, and more to relieve pain, swelling, soreness, and stiffness associated with arthritis and muscle injury. Absorbed through the skin, CBD reduces inflammation pain while supporting the endocannabinoid system, which regulates pain, sleep, mood, and more. <u>400 mg CBD extract for max results.</u><br><br>https://web.archive.org/web/20211202014330/https://globalproductgroup.com/white-label-products/ |
| said topical formulation obtained by dispersing the extract of *cannabis sativa* or *cannabis* indicia in a water-in-oil emulsion, an oil-in-water emulsion, a wax- | The accused product is a topical formulation obtained by dispersing the extract of *Cannabis sativa* or *Cannabis indica* in a water-in-oil emulsion, an oil-in-water emulsion, a wax-in-oil base, or an oil-in-wax base.<br><br>The accused product is a topical cream formulation which contain extract from the broad-spectrum Hemp plant dispersed in a cream base.<br><br>The cream is an emulsion semisolid dosage form that contains >20% water and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin. Hence accused product is obtained by dispersing the extract of cannabis sativa extract in in oil-in-water or water-in-oil emulsion |

| | |
|---|---|
| in-oil base, or an oil-in-wax base | <br><br><br><br>https://web.archive.org/web/20211202014330/https://globalproductgroup.com/white-label-products/ |

| | |
|---|---|
| | **Table 3** Suggested definitions of topical dosage forms

| Dosage form[a] | Definition | Formulation | Appearance and feel | Physical properties |
|---|---|---|---|---|
| Topical solution | A clear, homogeneous liquid[b] dosage form for external application to the skin | Usually contains an aqueous or alcoholic vehicle; though an oil may also serve as the vehicle. May contain a gelling agent to thicken the solution | Clear, thin | |
| Topical suspension | A liquid[b] dosage form, that consists of a solid suspended in a liquid vehicle in a two-phase system for external application to the skin | Usually contains an aqueous or alcoholic vehicle | Solid often settles with time, thus requiring shaking before use | |
| Lotion | An emulsion[c] liquid[b] dosage form for external application to the skin | Usually contains an aqueous vehicle and >50% water and volatiles[d] | Opaque, thin, non-greasy; tends to evaporate rapidly with a cooling sensation when rubbed onto the skin | Exhibits Newtonian or pseudoplastic flow behavior |
| Gel | A semisolid[e] dosage form that contains a gelling agent to provide stiffness to a solution or colloidal dispersion[f] for external application to the skin. A gel may contain suspended particles | Usually contains an aqueous or alcoholic vehicle and a gelling agent such as starch, cellulose derivatives, carbomers, magnesium–aluminum silicates, xanthan gum, colloidal silica, aluminum or zinc soaps[g] | Usually clear or translucent in a single-phase system; otherwise opaque in a two-phase system; thick, non-greasy; provides a cooling sensation when applied to the skin | Usually exhibits a single transition in TGA[h] corresponding to loss of the vehicle; does not flow at low shear stress and generally displays plastic flow behavior |
| Cream | An emulsion[c] semisolid[e] dosage form that contains >20% water and volatiles[d] and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin | Contains >20% water and volatiles[d] and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle. There are two types of creams: an oil-in-water cream with water as the continuous phase and a water-in-oil cream with oil as the continuous phase | Opaque, viscous, non-greasy to mildly greasy; tends to mostly evaporate or be absorbed when rubbed onto the skin | Exhibits two or more transitions in TGA[h] indicative of at least a two-phase system; displays plastic flow behavior |
| Ointment | A suspension or emulsion semisolid[e] dosage form that contains <20% water and volatiles[d] and >50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin | Contains <20% water and volatiles[a] and >50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle | Opaque or translucent, viscous, greasy; tends not to evaporate or be absorbed when rubbed onto the skin | |
| Paste | A semisolid[e] dosage form that contains a large proportion (i.e., 20–50%) of solids finely dispersed in a fatty vehicle for external application to the skin | Contains a large proportion (20–50%) of dispersed solids in a fatty vehicle | Opaque, viscous, greasy to mildly greasy; adheres well to the skin, forming a protective layer | |

https://www.sciencedirect.com/science/article/abs/pii/S037851730500102X?via%3Dihub |
| consisting essentially of at least one component selected from the group consisting of capsaicin, benzocaine, | The accused product consisting essentially of at least one component selected from the group consisting of capsaicin, benzocaine, lidocaine, camphor, benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid.

As shown below accused product contain 5% camphor in the formulation as an active ingredient. |

| | |
|---|---|
| lidocaine, camphor, benzoin resin, methylsalicilate, triethanolamine salicylate, hydrocortisone, and salicylic acid. | **Active Ingredients:** Camphor (5.0%)<br><br>**Inactive Ingredients:** Acrylate/C10-30 Alkyl Acrylate Crosspolymer, Aescin (Horse Chestnut Extract), Aloe Vera, Arnica Montana Extract, C12-15 Alkyl Benzoate, Cannabis Sativa Extract (Hemp Derived), Chondroitin Sulfate, Diazodinyl Urea, Dimethicone, Disodium EDTA, dl Panthenol, Fructoborate, Glucosamine Sulfate, Glycerin, Glycerol Stearate, Hydroxypropyl Methylcellulose, Iodopropynyl Butylcarbamate, Methyl Gluceth-20, Methyl Glucose Sesquistearate, Peppermint Oil, Polysorbate 20, Potassium Carbomer, Purified Water, Shea Butter, Tocopheryl Acetate, Trolamine Salicylate<br><br>https://web.archive.org/web/20211202014330/https://globalproductgroup.com/white-label-products/ |